UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY PATU,

          Plaintiff,

v.

SGT. ALEXANDER, PIERCE COUNTY STAFF,

          Defendants.

CASE NO. C14-5430BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The Court dismisses this action without prejudice, as Plaintiff filed a motion to dismiss the action prior to service.

Dated this 23rd day September, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER